The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANNABELLE NIELSEN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CELSIUS HOLDINGS, INC., a Nevada corporation, and CELSIUS, INC., a Nevada corporation,

Defendants.

Case No: 2:26-cv-04113-TL

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

**NOTE ON MOTION CALENDAR: NOVEMBER 17, 2026**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Deadline to File Responsive Pleading ("Stipulated Motion"), and the Court having reviewed the Stipulated Motion, and for good case shown:

IT IS SO ORDERED that for good cause shown, the Stipulated Motion is GRANTED.

//

//

//

//



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS FURTHER ORDERED that Defendants Celsius Holdings, Inc., and Celsius, Inc., may file a responsive pleading to Plaintiff's Class Action Complaint, up to and including January 8, 2027.

DATED this 18th day of November 2026.

HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Maia Robbins*
Maia Robbins, WSBA No. 54451
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: 206-625-8600
Facsimile: 206-625-0900
mrobbins@corrcronin.com

Rachel Lowe (*pro hac vice* forthcoming)
Brooke Bolender (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 213-576-2519
rachel.lowe@alston.com
brooke.bolender@alston.com

Joe Tully (*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: 212-210-9493
joe.tully@alston.com

*Attorneys for Defendants Celsius Holdings, Inc., and Celsius, Inc.*

*s/ Steve W. Berman (with permission)*
Steve W. Berman, WSBA No. 48827
Shelby Smith, WSBA No. 31377
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
shelby@hbsslaw.com

Rebecca A. Peterson (Admitted *pro hac vice*)
Krista K. Freier (Admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8667
Email: rebecca.peterson@hbsslaw.com
krista.freier@hbsslaw.com

Kenneth A. Wexler (Admitted *pro hac vice*)
Kara A. Elgersma (Admitted *pro hac vice*)
Gwyneth F. Lietz (Admitted *pro hac vice*)
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-mail: kaw@wbe-llp.com
kae@wbe-llp.com
gfl@wbe-llp.com

*Attorneys for Plaintiff and the Putative Class*